# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BRODY,<br><br>        Defendant. | Crim. Action No. 24-cr-67 (DLF) |

## JOSEPH BRODY'S SUPPLEMENTAL SENTENCING MATERIALS RELATING TO WORK DONE SINCE THE LAST HEARING

July 17, 2024

Dear Judge Friedrich,

After my last appearance in your courtroom I took what you said seriously and decided to make a committed change. It is not sufficient to stand by idly to see how the future plays out. Instead I need to take initiative and start advancing my career and my life overall. In the last month, I have taken your advice and accepted a job working for Amazon as well as applying for over a dozen other positions. I do plan on getting a better job in the near future, but any employment is better than unemployment for now.

As I was aware that getting a job would take a few weeks, I immediately took the initiative after the last time I was in your courtroom and started my own business that very week. For the past month I have been working an average of about 40 hours a week for my sole proprietorship called Springfield Exterior Services. I went through Fairfax County's Department of Tax Administration and received my business, professional, and occupational license. My license number is 2481100.

I hope to demonstrate to you that I am taking your words seriously and am actively and continuously improving my life and increasing my contributions to the community through legitimate and useful means. I have done over a dozen jobs for several different clients in this time. They range from small junk removals to large tasks like building an entire drainage system for a home. Attached below are some examples of the work I have been doing.

My wish is to convey that I do intend to continue being a productive member of my community. I have had some setbacks recently, but I am willing and trying to have a positive and beneficial future. I hope you will consider this and see that even in the short time since my last court appearance I have been true to this goal.

Sincerely,
Joe Brody



Debris removal and proper disposal.

 

Clean up of old woodpile. Building of new woodpile and reorganizing of wood.



Digging out and installing new downspout drainage system.





Painting of old shed.                                           Removal, disposal, recycling of debris from a home.




Replacement of porch light: before/after




Before and after repairing drywall and painting backyard gazebo.




Installation of rock border around homeowner's backyard pool using rocks I recycled from their yard/garden.

 

Before and after: painting another backyard shed.